## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: PALKA, TIMOTHY J. | § | Case No. 11-82000 |
| PALKA, DEBRA L. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 03/07/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/09/2012            By:  /s/BERNARD J. NATALE
                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PALKA, TIMOTHY J. | § | Case No. 11-82000 |
| PALKA, DEBRA L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,315.61 |
| *and approved disbursements of* | $ | 150.00 |
| *leaving a balance on hand of* [1] | $ | 11,165.61 |

**Balance on hand:**      $            11,165.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Snap-on Credit LLC | 25,534.47 | 25,534.47 | 0.00 | 0.00 |
| 8 | Holcomb Bank | 5,862.21 | 5,862.21 | 0.00 | 0.00 |
| 17 | Streen& Cain, P.C. | 1,693.23 | 1,693.23 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $            0.00
Remaining balance:     $      11,165.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,881.56 | 0.00 | 1,881.56 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,467.50 | 0.00 | 1,467.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 64.54 | 0.00 | 64.54 |

Total to be paid for chapter 7 administration expenses:     $            3,413.60
Remaining balance:     $            7,752.01

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $       7,752.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,613.43 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 14,613.43 | 0.00 | 7,752.01 |
| 7 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims:   $       7,752.01

Remaining balance:   $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 983,093.26 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Illinois Department of Employment Security | 610.00 | 0.00 | 0.00 |
| 3 | Yellow Book Sales & Distribution | 0.00 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 1,497.80 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 2,955.76 | 0.00 | 0.00 |
| 6 | Rjm Acquisitions Funding Llc | 1,099.31 | 0.00 | 0.00 |
| 9 | World Financial Network National Bank | 761.04 | 0.00 | 0.00 |
| 10 | World Financial Network National Bank | 679.98 | 0.00 | 0.00 |
| 11 | World Financial Network National Bank | 874.09 | 0.00 | 0.00 |
| 12 | Castle Bank N.A. | 967,602.21 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 13 | Select Telecom | 0.00 | 0.00 | 0.00 |
| 14 | Capital One, N.A | 188.92 | 0.00 | 0.00 |
| 15 | Hintzche Oil | 0.00 | 0.00 | 0.00 |
| 16 | CitiFinancial, Inc | 3,175.53 | 0.00 | 0.00 |
| 18 | Ed Etnyre | 0.00 | 0.00 | 0.00 |
| 19 | Rockford Mercantile | 1,187.34 | 0.00 | 0.00 |
| 20 -2 | Key Equipment Finance Inc | 2,219.76 | 0.00 | 0.00 |
| 21 | Midwest Truckers Risk Management | 0.00 | 0.00 | 0.00 |
| 22 | Frontier Communications Bankruptcy Dept. | 241.52 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$** 0.00

Remaining balance: **$** 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,324.91 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | GE Capital Retail Bank | 590.61 | 0.00 | 0.00 |
| 24 | GE Capital Retail Bank | 1,734.30 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: **$** 0.00

Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00

Remaining balance: **$** 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-82000-MB
Timothy J. Palka                                                Chapter 7
Debra L. Palka
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-3        User: kkrystave        Page 1 of 3        Date Rcvd: Feb 13, 2012
                           Form ID: pdf006        Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2012.
```
db/jdb        +Timothy J. Palka,    Debra L. Palka,    16721 Ramsay Road,    Caledonia, IL 61011-9538
17210245      +ACS Education,    POB 371834,    Pittsburgh, PA 15250-7834
17210246      +AIP Solutions,    8428 E. Shea Blvd., Suite 101,    Scottsdale, AZ 85260-6663
17210247      +Ally,    POB 380902,    Minneapolis, MN 55438-0902
17210249      +Arnold Scott Harris PC,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
17210250      +Associated National Collection,    7834 No. 2nd St., Unit 5,    Machesney Park, IL 61115-2871
17210251      +Beneficial,    POB 17574,    Baltimore, MD 21297-1574
17210252      +Buckle,    POB 659704,    San Antonio, TX 78265-9704
17210254      +CBE Group,    1309 Technology Parkway,    Cedar Falls, IA 50613-6976
17680330      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16738734      +Castle Bank N.A.,    c/o Herbert H. Franks,    19333 E. Grant Hwy,POB 5,    Marengo, IL 60152-0005
17210253      +Castle Bank N.A.,    19333 E Grant Hwy,    Marengo, IL 60152-8250
17699431       CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
17210255      +Citifinancial,    POB 70918,    Charlotte, NC 28272-0918
17210256       Clemens & Associates,    c/o Chaet Kaplan Baim Firm,    30No. LaSalle St., Suite 1520,
                Rockford, IL 61108
17210257      +Coface Collections,    POB 8510,    Metairie, LA 70011-8510
17210258      +Curts Snap On Tools,    10280 No. Homstead Road,    Stillman Valley, IL 61084-9315
17210259      +Durand State Bank,    1005 North Cameron Rd.,    Durand, IL 61024-9005
17210260      +Ed Etnyre,    1333 So. Daysville Rd.,    Oregon, IL 61061-9778
17413154       Ferrellgas,    P.O. Box 88086,    Chicago, IL 60680-1086
17210261      +First Premier Bank,    POB 5529,    Sioux Falls, SD 57117-5529
17947212       Frontier Communications Bankruptcy Dept.,    11799 N. College Ave.,    Carmel, IN 46032-5605
17413155      +GE Capital,    c/o NCO Portfolio Management Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
17210263     ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
               (address filed with court: Guaranty Bank,    POB 245014,    Milwaukee, WI 53224)
17210269      +HSBC Card Services,    POB 17051,    Baltimore, MD 21297-1051
17210264      +Harrison Law Offices,    684 So. Eastwood Drive,    Woodstock, IL 60098-4633
17210265      +Hintzche Oil,    POB 367,    Maple Park, IL 60151-0367
17210266      +Holcomb Bank,    POB 105,    Holcomb, IL 61043-0105
17210267      +Home Depot,    POB 653000,    Dallas, TX 75265-3000
17210268      +Household Bank HSBC Card Services,    POB 88000,    Baltimore, MD 21288-0001
17210270      +Illinois Department of Employment S,    POB 802551,    Chicago, IL 60680-2551
17310746      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
17413156      +Illinois Tollway Authority,    c/o Attorney Arnold Scott Harris,    P.O. Box 1249,
                Chicago, IL 60690-1249
17210275      +Kohls-HSBC Retail,    POB 17602,    Baltimore, MD 21297-1602
17210277      +MB&W,    26000 Cannon Rd.,    Bedford, OH 44146-1807
17210276      +Macy's,    POB 689195,    Des Moines, IA 50368-9195
17210278      +Mendez Trucking, Inc.,    c/o Kurt E. Vragel, Jr.,    1701 E. Lake Ave., Suite 170,
                Glenview, IL 60025-2085
17210279      +Midwest Truckers Risk Management,    2 E main St Suite 208,    Danville, IL 61832-5844
17413157      +Mutual Management,    POB 4777,    Rockford, IL 61110-4777
17210280      +NCO Financial Systems,    600 Holiday Plaza Dr., Suite 300,    Matteson, IL 60443-2238
17210283      +PayPal Credit,    POB 960080,    Orlando, FL 32896-0080
17210284      +Pottery Barn,    POB 659450,    San Antonio, TX 78265-9450
17210285      +Rauch-Milliken International, Inc.,    POB 8390,    Metairie, LA 70011-8390
17210287      +Rockford Mercantile,    2502 So. Alpine Rd.,    Rockford, IL 61108-7813
17268387     ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
               (address filed with court: Snap-on Credit LLC,    950 Technology Way, Ste 301,
                Libertyville, IL  60048)
17210289      +Select Telecom,    1736 E. Rierside,    Loves Park, IL 61111-4803
17210290      +Sprint,    POB 7993,    Overland Park, KS 66207-0993
17210291      +Stepco Leasing,    22570 W. HIghway 60,    Grayslake, IL 60030-9741
17210292      +Street&Cain, P.C.,    c/o Fulbright & Associates,    POB 1510,    Rockford, IL 61110-0010
17210293      +Swiss Colony',    Credit Department,    1112 7th Avenue,    Monroe, WI 53566-1364
17210294      +Target National Bank,    POB 660170,    Dallas, TX 75266-0170
17210295      +Torres Credit Servcies,    27 Fairview St.,    POB 189,    Carlisle, PA 17013-0189
17210296      +Transworld Systems,    507 Prudential Rd.,    Horsham, PA 19044-2308
17210299      +VIS,    6317 Mccoy Rd., Ssuite 100,    Orlando, FL 32822-5165
17210297      +Veolia,    8538 Hwy 251 S,    Davis Junction, IL 61020-9706
17210298      +Victorias Secret,    POB 659728,    San Antonio, TX 78265-9728
17381131      +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, Maryland 21094-5126
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17584858       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2012 06:01:19
                American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK  73124-8840
17578304       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2012 06:01:20
                American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
```

```
District/off: 0752-3          User: kkrystave          Page 2 of 3           Date Rcvd: Feb 13, 2012
                             Form ID: pdf006           Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
17358983     +E-mail/Text: snelson@snyderpark.com Feb 14 2012 05:00:31     FORD MOTOR CREDIT COMPANY LLC,
              c/o Steven L. Nelson,   SNYDER, PARK, NELSON & SCHWIEBERT, P.C.,   1600 - 4th Ave., Ste. 200,
              Rock Island, IL 61201-8632
17358661     +E-mail/Text: snelson@snyderpark.com Feb 14 2012 05:00:31     Ford Motor Credit Company LLC,
              C/O Steven L. Nelson,   1600 4th Ave., Ste. 200,   Rock Island, IL 61201-8632
17210262      E-mail/Text: mdatnc@ncnetwork.net Feb 14 2012 05:17:46     Frontier,   POB 2951,
              Phoenix, AZ 85062-2951
17956497      E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2012 06:08:10     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17626867      E-mail/Text: cio.bncmail@irs.gov Feb 14 2012 04:56:08     INTERNAL REVENUE SERVICE,
              KANSAS CITY, MO 64999
17210272      E-mail/Text: cio.bncmail@irs.gov Feb 14 2012 04:56:08     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
17210273     +E-mail/Text: rita.robles@key.com Feb 14 2012 05:17:34     Key Equipment,
              11030 Circle Point Dr., Suite 200,   Broomfield, CO 80020-2775
17917588     +E-mail/Text: rita.robles@key.com Feb 14 2012 05:17:34     Key Equipment Finance Inc,
              1000 S. McCaslin Blvd,   Superior, CO 80027-9437
17210274     +E-mail/PDF: cr-bankruptcy@kohls.com Feb 14 2012 06:09:00     Kohls,   POB 2983,
              Milwaukee, WI 53201-2983
17210281     +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2012 06:07:10     Old Navy,   POB 960017,
              Orlando, FL 32896-0017
17210286     +E-mail/PDF: RACBANKRUPTCY@BBANDT.com Feb 14 2012 06:00:56     Regional Acceptance,   POB 830913,
              Birmingham, AL 35283-0913
17598777     +E-mail/Text: rjm@ebn.phinsolutions.com Feb 14 2012 05:00:54     Rjm Acquisitions Funding Llc,
              575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
17210248      E-mail/PDF: cbp@slfs.com Feb 14 2012 06:04:15     American General Finance,   POB 790368,
              Saint Louis, MO 63179-0368
17634662      E-mail/Text: bnc-alliance@quantum3group.com Feb 14 2012 05:31:09
              World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
              Kirkland, WA  98083-0788
                                                                                        TOTAL: 16


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17637561      Castle Bank, N.A.
17210282      Palka Trucking, Inc.
17210288*    +Rockford Mercantile,   2502 So. Alpine road,   Rockford, IL 61108-7813
17271443*    ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
              (address filed with court: Snap-On Credit LLC,   950 Technology Way Ste 301,
              Libertyville, IL 60048)
17210271      ##Illinois Department of Revenue,   POB 88294,   Chicago, IL 60680-1294
                                                                              TOTALS: 2, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Feb 15, 2012**              **Signature:**        *Joseph Speetjens*

District/off: 0752-3        User: kkrystave        Page 3 of 3        Date Rcvd: Feb 13, 2012
                           Form ID: pdf006        Total Noticed: 73

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          James E Stevens    on behalf of Debtor Timothy Palka jimstevens@bslbv.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Paul S. Godlewski    on behalf of Creditor  Springleaf Financial Services of Illinois, Inc. f.k.a.
          American General Financial Services of Illinois, Inc. psglegal@aol.com
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
          Steven L Nelson    on behalf of Creditor  Ford Motor Credit Company LLC snelson@snyderpark.com
          Thomas D. Luchetti    on behalf of Creditor  Durand State Bank an Illinois banking corporation
          TDLPCBKY@aol.com
                                                                          TOTAL: 8