# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PALKA, TIMOTHY J.  § Case No. 11-82000
       PALKA, DEBRA L.  §
         §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $517,800.00       Assets Exempt: $43,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,752.01       Claims Discharged
    Without Payment: $2,159,137.66

Total Expenses of Administration: $3,563.60

---

    3) Total gross receipts of $ 11,315.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,315.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $550,050.00 | $33,089.91 | $33,089.91 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,563.60 | 3,563.60 | 3,563.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,000.00 | 17,722.68 | 14,613.43 | 7,752.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,208,097.07 | 1,016,487.55 | 985,418.17 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,768,147.07 | $1,070,863.74 | $1,036,685.11 | $11,315.61 |

    4) This case was originally filed under Chapter 7 on April 29, 2011. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2012    By: /s/BERNARD J. NATALE
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax Refund | 1224-000 | 11,315.14 |
| Interest Income | 1270-000 | 0.47 |
| **TOTAL GROSS RECEIPTS** | | **$11,315.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Snap-on Credit LLC | 4110-000 | 27,000.00 | 25,534.47 | 25,534.47 | 0.00 |
| 8 | Holcomb Bank | 4110-000 | 8,500.00 | 5,862.21 | 5,862.21 | 0.00 |
| 17 | Streen& Cain, P.C. | 4110-000 | 1,450.00 | 1,693.23 | 1,693.23 | 0.00 |
| NOTFILED | Guaranty Bank | 4110-000 | 410,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Durand State Bank | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American General Finance | 4110-000 | 17,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Regional Acceptance | 4110-000 | 7,100.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$550,050.00** | **$33,089.91** | **$33,089.91** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 64.54 | 64.54 | 64.54 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,467.50 | 1,467.50 | 1,467.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,881.56 | 1,881.56 | 1,881.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,563.60 | $3,563.60 | $3,563.60 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 5800-000 | 10,000.00 | 14,613.43 | 14,613.43 | 7,752.01 |
| 7 | Internal Revenue Service | 5800-000 | unknown | 3,109.25 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $10,000.00 | $17,722.68 | $14,613.43 | $7,752.01 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Illinois Department of Employment Security | 7100-000 | N/A | 610.00 | 610.00 | 0.00 |
| 3 | Yellow Book Sales & Distribution | 7100-000 | N/A | 4,756.88 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 1,497.80 | 1,497.80 | 0.00 |
| 5 | American InfoSource LP as agent for | 7100-000 | N/A | 2,955.76 | 2,955.76 | 0.00 |
| 6 | Rjm Acquisitions Funding Llc | 7100-000 | N/A | 1,099.31 | 1,099.31 | 0.00 |
| 9 | World Financial Network National Bank | 7100-000 | N/A | 761.04 | 761.04 | 0.00 |
| 10 | World Financial Network National Bank | 7100-000 | N/A | 679.98 | 679.98 | 0.00 |
| 11 | World Financial Network National Bank | 7100-000 | N/A | 874.09 | 874.09 | 0.00 |
| 12 | Castle Bank N.A. | 7100-000 | N/A | 967,602.21 | 967,602.21 | 0.00 |
| 13 | Select Telecom | 7100-000 | 246.00 | 245.77 | 0.00 | 0.00 |
| 14 | Capital One, N.A | 7100-000 | N/A | 188.92 | 188.92 | 0.00 |
| 15 | Hintzche Oil | 7100-000 | 15,300.00 | 15,998.87 | 0.00 | 0.00 |
| 16 | CitiFinancial, Inc | 7100-000 | 3,175.00 | 3,175.53 | 3,175.53 | 0.00 |
| 18 | Ed Etnyre | 7100-000 | 3,288.00 | 3,287.86 | 0.00 | 0.00 |
| 19 | Rockford Mercantile | 7100-000 | 1,230.00 | 1,187.34 | 1,187.34 | 0.00 |
| 20 -2 | Key Equipment Finance Inc | 7100-000 | 18,000.00 | 2,219.76 | 2,219.76 | 0.00 |
| 21 | Midwest Truckers Risk Management | 7100-000 | N/A | 6,780.00 | 0.00 | 0.00 |
| 22 | Frontier Communications Bankruptcy Dept. | 7100-000 | N/A | 241.52 | 241.52 | 0.00 |
| 23 | GE Capital Retail Bank | 7200-000 | N/A | 590.61 | 590.61 | 0.00 |
| 24 | GE Capital Retail Bank | 7200-000 | N/A | 1,734.30 | 1,734.30 | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,760.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 486.00 | N/A | N/A | 0.00 |
| NOTFILED | Coface Collections | 7100-000 | 6,632.00 | N/A | N/A | 0.00 |
| NOTFILED | Clemens & Associates c/o Chaet Kaplan Baim Firm | 7100-000 | 39,927.00 | N/A | N/A | 0.00 |
| NOTFILED | Coface Collections | 7100-000 | 25,068.00 | N/A | N/A | 0.00 |
| NOTFILED | Frontier | 7100-000 | 1,998.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Bank HSBC Card Services | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Harrison Law Offices | 7100-000 | 6,650.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 358.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MB&W | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Swiss Colony` Credit Department | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Stepco Leasing | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,508.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Credit Servcies | 7100-000 | 1,145.00 | N/A | N/A | 0.00 |
| NOTFILED | Victorias Secret | 7100-000 | 790.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Veolia | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile | 7100-000 | 25,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Rauch-Milliken International, Inc. | 7100-000 | 4,756.00 | N/A | N/A | 0.00 |
| NOTFILED | Mendez Trucking, Inc. c/o Kurt E. Vragel, Jr. | 7100-000 | 27,586.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 447.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Truckers Risk Management | 7100-000 | 6,780.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pottery Barn | 7100-000 | 865.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Navy | 7100-000 | 1,671.00 | N/A | N/A | 0.00 |
| NOTFILED | PayPal Credit | 7100-000 | 578.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls-HSBC Retail | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Scott Harris PC | 7100-000 | 1,505.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle Bank N.A. c/o Herbert H. Franks | 7100-000 | 926,638.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway Authority c/o Attorney Arnold Scott | 7100-000 | 6,425.40 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital c/o NCO Portfolio Management Inc. | 7100-000 | 2,241.16 | N/A | N/A | 0.00 |
| NOTFILED | Associated National Collection | 7100-000 | 2,331.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Management | 7100-000 | 3,835.60 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 3,105.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated National Collection | 7100-000 | 477.00 | N/A | N/A | 0.00 |
| NOTFILED | AIP Solutions | 7100-000 | 1,013.00 | N/A | N/A | 0.00 |
| NOTFILED | Ferrellgas | 7100-000 | 2,534.91 | N/A | N/A | 0.00 |
| NOTFILED | Buckle | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ACS Education | 7100-000 | 4,575.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $1,208,097.07 | $1,016,487.55 | $985,418.17 | $0.00 |
|---|---|---|---|---|

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82000  
**Case Name:** PALKA, TIMOTHY J.  
PALKA, DEBRA L.  
**Period Ending:** 05/15/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/29/11 (f)  
**§341(a) Meeting Date:** 06/13/11  
**Claims Bar Date:** 10/21/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 16721 Ramsay, Caledonia, IL 61011 | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | misc. household | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | misc. clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Palka Trucking, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2006 Hummer H2 | 26,000.00 | 1,600.00 | DA | 0.00 | FA |
| 8 | 2003 Ford F250 | 10,000.00 | 500.00 | DA | 0.00 | FA |
| 9 | 2009 Suzuki motorcycle annd 2000 Funmover Motorh | 16,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Chapparel Boat | 12,000.00 | 1,500.00 | DA | 0.00 | FA |
| 11 | 2010 Tax Refund (u) | 11,000.00 | 11,000.00 | | 11,315.14 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.47 | FA |
| 12 | **Assets  Totals** (Excluding unknown values) | **$528,800.00** | **$14,600.00** | | **$11,315.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

CLAIMS OBJECTIONS PENDING.

**Initial Projected Date Of Final Report (TFR):** March 31, 2012    **Current Projected Date Of Final Report (TFR):** February 9, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-82000  
**Case Name:** PALKA, TIMOTHY J.  
PALKA, DEBRA L.  
**Taxpayer ID #:** **-***6469  
**Period Ending:** 05/15/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/11 | {11} | Debra Palka | Tax Refund | 1224-000 | 11,315.14 | | 11,315.14 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 11,315.16 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,290.16 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,290.25 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,265.25 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,265.34 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,240.34 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,240.43 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,215.43 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,215.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,190.52 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,190.61 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,165.61 |
| 03/08/12 | 1001 | BERNARD J. NATALE | Dividend paid 100.00% on $1,881.56, Trustee Compensation;  Reference: | 2100-000 | | 1,881.56 | 9,284.05 |
| 03/08/12 | 1002 | Illinois Department of Employment Security | Distribution paid 53.04% on $14,613.43;  Claim# 2P; Filed: $14,613.43; Reference: 7837 | 5800-000 | | 7,752.01 | 1,532.04 |
| 03/08/12 | 1003 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,532.04 | 0.00 |
| | | | Dividend paid 100.00%   1,467.50 on $1,467.50;  Claim# ATTY; Filed: $1,467.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%   64.54 on $64.54;  Claim# EXP; Filed: $64.54 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,315.61 | 11,315.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,315.61 | 11,315.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,315.61** | **$11,315.61** | |

{} Asset reference(s)  
Printed: 05/15/2012 03:08 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82000  
**Case Name:** PALKA, TIMOTHY J.  
PALKA, DEBRA L.  
**Taxpayer ID #:** **-***6469  
**Period Ending:** 05/15/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 11,315.61  
───────────  
Net Estate : $11,315.61

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******30-65 | 11,315.61 | 11,315.61 | 0.00 |
| | $11,315.61 | $11,315.61 | $0.00 |

{} Asset reference(s)